IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MINDY WILLENBORG, as Special Administrator of the Estate of CORDARRELL ABBOTT,** | )<br>)<br>) |
| **Plaintiff,** | ) |
| v. | ) NO. 09-cv-1002-JPG-DGW |
| **STEPHEN F. OZIER, JOSH STIVERS and JOE FEHRENBACHER,** | )<br>) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:   February 15, 2011

NANCY ROSENSTENGEL, Clerk of Court

BY: s/Jina Hoyt, Deputy Clerk


APPROVED:   s/J. Phil Gilbert
                    J. PHIL GILBERT
                    U. S. DISTRICT JUDGE